# INVENTORY

Docket No. 72031-3

## IN THE CHANCERY COURT/PROBATE DIVISION FOR KNOX COUNTY, TENNESSEE

IN RE: ESTATE OF RAYMOND ARTHUR OAKLEY, DECEASED,

INVENTORY OF ALL THE FUNDS, GOODS, AND CHATTELS OF SAID ESTATE:

| Description | Amount | |
|---|---|---|
| OAKLEY Rentals 1/6th of 1,772,500 | 295,400 | |
| LeConte View Motel, Inc. 1/6 of 1,962,600 | 327,100 | |
| BB&T Checking Account 9266 | 4,890 | |
| BB&T Checking Account 3063 | 429 | |
| Auto - 2006 Infiniti | 12,000 | |
| Insurance policies | | |
| CSA 464976 Beneficiaries Dale 50% Robin 25% Janet 25% | 200,000 | |
| American General LiCo; Beneficiaries Dale 50% Robin 25% Janet 25% | 2,500 | |
| Protective Life policy ZL9634974 Beneficiary Dale | 50,00 | |
| AARP A3995821 Beneficiary: Dale | 10,00 | |
| Residence - 10709 Farragut Hills Blvd Knox, TN 37934 owned as tenants by the entireties | 279,200 | |

STATE OF TENNESSEE
COUNTY OF KNOX

Personally appeared before me, Fred Oakley, Deputy Clerk or Notary Public of the Chancery Court/Probate Division _____, (Administrator or Executor), of the Estate of RAYMOND ARTHUR OAKLEY, deceased, who being duly sworn, makes oath that the foregoing is a just, true and perfect inventory of all and singular the funds, goods, and chattels of RAYMOND ARTHUR OAKLEY, deceased, that have come or should have come into his hands/to the best of his knowledge, information and belief.

Sworn to and subscribed to before me,
This 23 day of April, 2012

_____ (Administrator – Executor)

Notary Public or Deputy Clerk

EXHIBIT A